ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4: 23-mj-70715-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING FROM OCTOBER 20, 2023 TO NOVEMBER 15, 2023 AND TO EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
| v. | |
| SALVADOR GOMEZ GUTIERREZ | |
| Defendant. | |

    The parties in the above-captioned case are scheduled to appear for a preliminary hearing or status on October 20, 2023. The parties jointly agree and request that the hearing be continued until November 15, 2023 at 10:30 AM.

    The parties stipulate that the time from October 20, 2023, through and including November 15, 2023, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further stipulate that the time from October 20, through and including November 15, 2023, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable

1  time necessary for effective preparation, particularly in light of the discovery for counsel to review with
2  the defendant.  The parties agree that the ends of justice served by granting the request outweigh the best
3  interest of the public and the defendant in a speedy trial.  Defendant has been advised of the requested
4  continuance and specifically consents to the exclusion of time within which to conduct a preliminary
5  hearing in this matter, and to the extension of the date by which an indictment or information must be
6  filed.

7  **IT IS SO STIPULATED.**                              ISMAIL J. RAMSEY
                                                         United States Attorney

10  Dated: October 18, 2023                              _____/s/_____
                                                         MAYA KARWANDE
                                                         Assistant United States Attorney

13  Dated: October 18, 2023

                                                         _____/s/_____
                                                         ALANNA COOPERSMITH
                                                         Counsel for Defendant,
                                                         Salvador Gomez-Gutierrez

## ORDER

Based on the stipulations of the parties above, and for good cause shown, the status or preliminary hearing set for October 20, 2023 will be continued until November 15, 2023 at 10:30 AM. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to November 15, 2023 at 10:30 AM. The time period from October 20, 2023 to November 15, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

October 18, 2023
DATE



_____
HON. DONNA M. RYU
Chief Magistrate Judge

STIP. AND ORDER TO CONTINUE
4:23-mj-70715-MAG